# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Juan Antonio Trevino-Gonzalez** *PRINCIPAL*<br>YOB: 1998<br>**Mexico** | **CRIMINAL COMPLAINT**<br>Case Number:<br>**M-18-0702-M** |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 1, 2018** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Karla Gabriel Tejada-Ferrufino, citizen of El Salvador, and Claudia Noemi Blanco-Perez, citizen of Guatemala, along with two (2) other undocumented aliens, for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Los Ebanos, Texas to the point of arrest near La Joya, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)** **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On April 1, 2018, a Border Patrol Aerostat Operator advised agents that a group of suspected undocumented aliens were observed running from the brush and had boarded a blue Ford Escape. The aerostat operator, advised the subjects had boarded the vehicle near the Los Ebanos Port of Entry in Los Ebanos, Texas. This area is documented as a frequent crossing for illegal aliens.

The aerostat operator maintained visual of the vehicle and guided the responding agents to the vehicle as it traveled east on Highway 83 towards La Joya, Texas.

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Signature of Complainant

**Mickel Gonzalez        Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**April 3, 2018** at **McAllen, Texas**
Date                                                        City and State

**J Scott Hacker            , U. S. Magistrate Judge**
Name and Title of Judicial Officer                      Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18-0702-M

RE: Juan Antonio Trevino-Gonzalez

**CONTINUATION:**

A mobile agent then observed a vehicle matching the description given by the aerostat operator traveling east on Highway 83. When the agent was able to position himself behind the vehicle, the aerostat operator confirmed that in front of him, was the blue Ford Escape that had been observed picking up the suspected undocumented aliens. At that time the agent activated his emergency equipment and conducted a vehicle stop on the blue Ford Escape in La Joya, Texas.

The agent then approached the driver and identified himself as a Border Patrol agent. The agent then conducted an immigration inspection on the driver and the four passengers. The driver was identified as Juan Antonio Trevino-Gonzalez a DACA Recipient. The four passengers were determined to be illegally present in the United States.

The driver and the passengers were placed under arrest and transported to the Border Patrol station.

PRINCIPAL STATEMENT:
Juan Antonio Trevino-Gonzalez, a citizen of Mexico, was read his Miranda rights and agreed to answer questions without an attorney present.

Trevino stated he was hired by an unknown subject to pick people and was to get paid $300 USD per person to transport them to Mission, Texas. Trevino stated he was instructed by a male subject as to where to pick up the people. Trevino stated that when he arrived at the pickup location, a group of people came out of some brush and boarded the blue Ford Escape he was driving. Trevino indicated that after he picked up the people he was stopped by law enforcement.

MATERIAL WITNESS 1:
Karla Gabriela Tejada-Ferrufino, a citizen of El Salvador, was read her Miranda Rights and agreed to provide a statement without an attorney present.

Tejada stated she made her illegal entry into the United States by raft with a group of individuals. Tejada stated that once in the United States the group walked until they reached a street, where they were picked up by a blue vehicle with no rear window. Tejada stated she rode in the vehicle for approximately ten minutes before they were stopped by police.

MATERIAL WITNESS 2:
Claudia Noemi Blanco-Perez, a citizen of Guatemala, was read her Miranda Rights and agreed to provide a statement without an attorney present.

Blanco stated she illegally entered the United States by raft with three other individuals. Blanco stated that once in the United States they walked to a street where the group was picked up by a blue vehicle with no rear window. Blanco stated they did not ride in the vehicle for long before they were stopped by law enforcement. Blanco was shown a photo lineup and was able to identify Trevino as being inside the vehicle when she boarded.